

Tuesday, March 1, 2011

No. 10–0461/NA.  U.S. v. Joseph A. Sweeney.  CCA 200900468.  On consideration of Appellant's motion to reschedule oral argument, it is ordered that said motion is hereby granted, that the portion of the Order issued February 23, 2011, setting the above-mentioned case for oral argument is hereby vacated, and that oral argument for the above-mentioned case is set for May 17, 2011.  This hearing will commence immediately following the hearing in *United States v. Martinez*.  Each side will be allotted 20 minutes to present oral argument.

Wednesday, March 2, 2011

No. 11–0165/AF.  U.S. v. Daniel A. Zarbatany, Jr.  CCA 37448.  Review granted on the following issues:

WHETHER THE AFCCA ERRED IN FINDING THAT ILLEGAL CON-FINEMENT CREDIT, AWARDED PURSUANT TO ARTICLE 13, UCMJ, CANNOT BE APPLIED TOWARDS A PUNITIVE DISCHARGE.

WHETHER THE AFCCA ERRED BY FAILING TO GIVE MEANING-FUL RELIEF WHERE APPELLANT HAD 445 DAYS OF ILLEGAL PRETRIAL CONFINEMENT CREDIT IN EXCESS OF HIS AP-PROVED SENTENCE TO CONFINEMENT.

Briefs will be filed under Rule 25. Appellant's brief shall be filed within 15 days of the date of this order. Appellee's brief shall be filed within 15 days of the filing of Appellant's brief. Appellant may file a reply brief within 5 days of the filing of Appellee's brief. It is further ordered that the above-entitled action be called for hearing on the 21st day of April, 2011. This hearing will commence immediately following the hearing in *United States v. Hull*, No. 11–0131/AF.

No. 11–0227/NA. U.S. v. Ros L. Davis. CCA 201000302. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*?

Briefs will be filed under Rule 25.

No. 11–6002/AF. U.S. v. Rory J. Schuber. CCA 2010–14. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS ERRED BY RE-VERSING THE MILITARY JUDGE AND FINDING THE GOVERN-MENT MET ITS BURDEN UNDER ARTICLE 10, UCMJ.

Review also granted on the following additional specified issue:

WHETHER ARTICLE 10, UCMJ, SHOULD HAVE BEEN APPLIED BY THE MILITARY JUDGE AND THE COURT OF CRIMINAL APPEALS WHEN THE ACCUSED HAD BEEN RELEASED FROM CONFINE-MENT AFTER 71 DAYS, ALLOWED TO RETURN HOME ON LEAVE FOR 3 DAYS, AND WHEN HE RETURNED, WAS ONLY SUBJECT TO BASE RESTRICTION, A RESTRICTION THAT WAS NOT TANTA-MOUNT TO CONFINEMENT.

Appellant's brief on the specified issue shall be filed within 7 days of the date of this order. Appellee's brief shall be filed within 7 days of the date of the filing of Appellant's brief. It is further ordered that the above-entitled action be called for hearing on the 30th day of March, 2011. This hearing will commence immediately following the hearing in *Wuterich v. Jones*, No. 11–8009/MC.